UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNSET AUSTIN WELLS,

    Plaintiff,

v.                                                                     Case No. 16-13751

DEPARTMENT OF HEALTH AND         Honorable John Corbett O'Meara
HUMAN SERVICES OF WAYNE
COUNTY, INKSTER, MICHIGAN, and
STATE OF MICHIGAN,

    Defendants.
_____/

## **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

This matter came before the court on defendants State of Michigan and Department of Health and Human Services' February 24, 2017 motion to dismiss. No response was filed, and no oral argument was heard.

On March 23, 2017, the court granted Plaintiff's attorney's motion for leave to withdraw as counsel. The order provided that plaintiff Wells either obtain new counsel within 30 days or proceed *pro se* and provide the court with a current mailing address. No counsel has entered an appearance, and plaintiff Wells has failed to provide a mailing address. Therefore, the court deems Plaintiff's complaint abandoned.

# **ORDER**

It is hereby **ORDERED** that Defendants' February 24, 2017 motion to dismiss is **GRANTED.**

                            s/John Corbett O'Meara
                            United States District Judge

Date: June 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 20, 2017, using the ECF system and/or ordinary mail.

                            s/William Barkholz
                            Case Manager